IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      PLAINTIFF,

v.             CIVIL NO. 13-487-DRH

ONE HI POINT C9 PISTOL, 9mm,
BEARING SERIAL NUMBER P1686298,

      DEFENDANT.

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to Oscar Clemons, and all interested parties in the above case on the 11th day of December, 2013, [Doc. 11] all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 23rd day of May, 2013, a Verified Complaint for Forfeiture against the defendants, more further described as:

**One Hi Point C9 pistol, 9mm, bearing serial number P1686298**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g)(3).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the Bureau of

Alcohol, Tobacco, Firearms and Explosives for this District seized the property on June 13, 2013;

That notice of this action was also published on an official government website ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning May 30, 2013.

That Oscar Clemons and all interested parties were defaulted on the 11th day of December, 2013, [Doc. 11];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One Hi Point C9 pistol, 9mm, bearing serial number P1686298**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**DATE: December 16, 2013**

Digitally signed by David R. Herndon
Date: 2013.12.16 11:14:41 -06'00'

**Chief Judge
United States District Court**